# UNITED STATES DISTRICT COURT

District of                    GUAM

UNITED STATES OF AMERICA

V.

GINGER PEREZ HAMAMOTO

**WARRANT FOR ARREST**

Case Number:  MJ-05-00046-003

FILED

DISTRICT COURT OF GUAM

SEP 1 2 2005 P

MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ GINGER PEREZ HAMAMOTO

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☑ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

21:841(a)(1) & 846 & 18:2 - ATTEMPT TO MANUFACTURE METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)

21:841(a)(1) & 18:2 - POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 2)

in violation of Title _____ United States Code, Section(s) _____

Joaquin V. E. Manibusan, Jr.
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

_Signature of Issuing Officer_

9/10/2005
9/9/2005
Date

Hagatna, Guam
Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

Women's  Facility

| DATE RECEIVED 9/10/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9/12/05 | Danny Chw, SA | |

ORIGINAL