LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
SEP 22 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSEPH ANTHONY MESA, <br> JEFFREY ANTHONY ESPINOSA, <br> GINGER PEREZ HAMAMOTO, and <br> SHARDAE ROXANNE U. LOVE, <br><br> Defendants. | MAGISTRATE CASE NO. 05-00046 <br><br> **UNITED STATES' MOTION TO DISMISS COMPLAINT** |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Complaint, in the above captioned matter, be dismissed, for the reasons that the defendants have been charged through an Indictment on September 21, 2005, under Criminal Case No. 05-00066, which said Indictment has incorporated similar criminal acts described in the Complaint.

Respectfully submitted this 22nd day of September, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney