LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

SEP 2 3 2005 9P

**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>JOSEPH ANTHONY MESA, )<br>JEFFREY ANTHONY ESPINOSA, )<br>GINGER PEREZ HAMAMOTO, and )<br>SHARDAE ROXANNE U. LOVE, )<br><br>Defendants. )<br>_____ ) | MAGISTRATE CASE NO. 05-00046<br><br>**ORDER**<br>**Re: September 22, 2005**<br>**Motion to Dismiss Complaint** |

The United State's Motion to Dismiss Complaint, in the above captioned matter, filed

September 22, 2005, is hereby granted.

**SO ORDERED** this 23rd day of September, 2005.

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam